1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                  Petitioner,

    v.

ROBERT M. JACKSON,

                Respondent.

Case No. C22-1038-LK-MLP

REPORT AND RECOMMENDATION

Petitioner John Demos has filed an application to proceed *in forma pauperis* with a proposed habeas petition. (*See* dkt. ## 1, 1-1.) Though unclear, Mr. Demos' petition appears to assert that he received ineffective assistance of counsel in his previous criminal proceedings from Yakima County and King County. (*See* dkt. # 1-1 at 3.) However, an Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos' proposed pleading was not accompanied by any filing fee, this Court recommends that, in accordance with the Court's Order of March 13, 1997, the Clerk be directed

REPORT AND RECOMMENDATION - 1

to administratively close this matter. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 26, 2022**.

Dated this 1st day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2